# Exhibit A

1 Q    Did anyone else at Fenchem offer to deliver
2      tocopherols at the price of $31 per kilogram in
3      April, 2022?
4 A    No.
5 Q    Did you ever agree to pause the blanket PO 6013522?
6 A    No, I do not ever recall that.
7         MR. LI:  Objection, asked and answered.
8 Q    (BY MR. SMITH):  Could you pull up Exhibit 8?
9 A    Okay.
10 Q   Would Kalsec have paid Wilmar $62 dollars per
11     kilogram if Fenchem had delivered tocopherols at
12     the price of $31 per kilogram?
13        MR. LI:  Objection, form, foundation,
14     speculation.
15 Q   (BY MR. SMITH):  I'll rephrase.  Would you have
16     issued this purchase order to Wilmar at the price
17     of $62 per kilogram if Fenchem had agreed to
18     deliver tocopherols as the price of $31 per
19     kilogram?
20        MR. LI:  Same objection.
21 A    No.
22 Q   (BY MR. SMITH):  Okay.  Could you turn to
23     Exhibit 10?  Did I steal your 10?
24 A    It's probably in here somewhere.  Here it is.
25     Okay.

| | | |
|---|---|---|
| 1 | | Did David Johnson have any involvement in buying or |
| 2 | | selling tocopherols from Fenchem? |
| 3 | A | No. |
| 4 | Q | ==Are you aware of any agreement between Fenchem and== |
| 5 | | ==Kalsec to put PO 60013522 on pause?== |
| 6 | A | No. |
| 7 | Q | Okay.  I want to pull up Exhibit 15. |
| 8 | A | Okay. |
| 9 | Q | Could you look at page 3687? |
| 10 | A | Okay. |
| 11 | Q | This is an e-mail from Allen Miller to you and |
| 12 | | Catherine on March 11, 2022.  Do you see that? |
| 13 | A | Yes. |
| 14 | Q | Opposing counsel did not direct your attention to |
| 15 | | this e-mail earlier, correct? |
| 16 | A | Correct. |
| 17 | Q | He skipped over it, right? |
| 18 | A | Yes. |
| 19 | Q | Okay.  Do you see where Allen Miller said, quote, |
| 20 | | "I will let you know how soon additional volumes in |
| 21 | | excess of six MT could be available"? |
| 22 | A | Yes. |
| 23 | Q | Okay.  And then I want to -- would like to direct |
| 24 | | your attention to March, 2022 -- sorry, March 14, |
| 25 | | 2022, on the first page.  Do you see the quantity |